IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSE RADFORD; and BETTY RADFORD                                    PLAINTIFFS

v.                              Civil No. 1:20-cv-01057

DETECTIVE COLTON BURKS, Magnolia Police
Department ("MPD"); CHIEF MAXWELL, MPD;
LIEUTENANT CORY SANDERS, MPD; and
SERGEANT SAMMY KIRBY, MPD                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 8, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5). Judge Bryant recommends that the Court dismiss Plaintiffs' Complaint. (ECF No. 1).

Plaintiffs have not filed objections to the Report and Recommendation and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 5) *in toto*. Plaintiffs' Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of January, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge